**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel for the Plan Administrator*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>*Jointly Administered under a Confirmed Plan*[2] |
| CAMERON WYATT,<br><br>                    Appellant,<br><br>v.<br><br>BLOCKFI INC., et al.,<br><br>                    Debtors-Appellees. | Civil Action No.: 3:23-cv-21306-ZNQ |

**DECLARATION OF MICHAEL B. SLADE IN SUPPORT OF MOTION FOR AN ORDER ADMITTING MICHAEL B. SLADE TO APPEAR *PRO HAC VICE***

I, Michael B. Slade, of full age, hereby certify as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

1. I am an attorney at law with the law firm of Kirkland and Ellis LLP, counsel for BlockFi, Inc. and its affiliated debtors and debtors in possession (the "Debtors-Appellees"). My office is located at 300 North LaSalle Street, Chicago, Illinois 60654, my telephone number is (312) 862-2000, and my facsimile number is (312) 862-2200. My email address is Michael.slade@kirdland.com.

2. I make this Declaration in connection with my Motion to be admitted *pro hac vice* in the above captioned civil case to represent Appellees, BlockFi Inc., et al.

3. I am a member in good standing of the States of Illinois and Texas; the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Colorado, and the United States Courts of Appeals for the D.C. Circuit, and the Third, Fifth, Seventh, Ninth and Tenth Circuits.

4. I am not under any suspension or disbarment by any court.

5. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2, and have already satisfied that payment for 2023 in connection with my admission *pro hac vice* before the U.S. Bankruptcy Court for the District of New Jersey in the related bankruptcy case, *In re: BlockFi Inc., et al.*, Case No. 22-19361(MBK).

7. I have familiarized myself with Local Rules promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

3

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations, and orders of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 1, 2023

                                                  */s/ Michael B. Slade*
                                                  MICHAEL B. SLADE