**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel for the Plan Administrator*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>                                Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>*Jointly Administered under a Confirmed Plan*[2] |
| CAMERON WYATT,<br><br>                                Appellant,<br><br>v.<br><br>BLOCKFI INC., et al.,<br><br>                                Debtors-Appellees. | Civil Action No.: 3:23-cv-21306-ZNQ |

### DECLARATION OF DONALD W. CLARKE IN SUPPORT OF MOTION FOR AN ORDER ADMITTING GEORGE W. HICKS, JR. TO APPEAR *PRO HAC VICE*

   I, Donald W. Clarke, of full age, hereby certify as follows:

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ  08691.

[2]    On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

1. I am a partner with the law firm of Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920.

2. I have been a member in good standing of the bar of the State of New Jersey since 2008.

3. I make this Declaration in support of the application of George W. Hicks, Jr. to practice before this Court *pro hac vice* in accordance with L. Civ. R. 101.1(c).  The facts contained in the Declaration of Mr. Hicks are true and correct to the best of my knowledge, information and belief.

4. I am local counsel of record in this matter and will work closely with Mr. Hicks. As local counsel of record, I understand that in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders.  I further understand that I will be held responsible for Mr. Hicks and the conduct of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 7, 2023

          */s/  Donald W. Clarke*
          DONALD W. CLARKE